# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

GAVONNA WILLIS;  MARY STEPHENS;
and DONTERIOUS STEPHENS                                    PLAINTIFFS

v.                                    No. 2:22-cv-49-DPM

JUANITA MILLS, Helena-West Helena
Police Officer, in her Individual and
Official Capacity;  and THE CITY OF
HELENA-WEST HELENA, ARKANSAS                    DEFENDANTS

## JUDGMENT

The plaintiff's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 20 June 2026 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2026